Harry L. Hope and Myra D. Hope, Appellees, v. Peter Dolan, Appellant.

Gen. No. 43,064.

opinion filed December 13, 1944; released for publication January 4, 1945.

Beckman, Healy, Reid & Hough, for appellant; William W. Curran, of counsel; Wyatt Jacobs and Walter A. Christopher, for appellees. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full.